```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____
DAVID ENNOCENTI AND JON STEWART,
on behalf of themselves and all
other employees similarly situated,

                    Plaintiffs,              12-CV-6367
         v.                                    ORDER

UNISYS TECHNICAL SERVICES, LLC,
AND THE UNISYS CORPORATION

                    Defendants,
_____
```

The Court has received Plaintiffs' request to file a sur reply in response to affidavits and evidence filed for the first time in Defendants' reply papers in further support of their second motion to dismiss for failure to state a claim. The Court finds that it is unnecessary to grant Plaintiffs' request to file a sur reply. Plaintiffs have adequately responded to Defendants' arguments in their opposition papers and the Court will disregard any material upon which the Defendants rely in their reply briefs which is either inappropriate on a motion to dismiss or which should have been but was not first presented in their motion papers. Accordingly, Plaintiffs' request is denied.

**ALL OF THE ABOVE IS SO ORDERED.**

                                       S/ MICHAEL A. TELESCA
                                       HON. MICHAEL A. TELESCA
                                       United States District Judge

Dated:   Rochester, New York
         December 28, 2012